Argued August 18, 1977, affirmed January 23, reconsideration denied March 8, petition for review allowed May 31, 1978

MITCHELL BROTHERS TRUCK LINES,
*Petitioner,*
*v.*
EMPLOYMENT DIVISION, *Respondent.*
(Nos. 76-T-52, 77-T-10 & 77-AB-610, CA 8100,
8099 & 8574)
(Cases consolidated)
573 P2d 336

J. Terrence Bittner, Portland, argued the cause for petitioner. With him on the briefs were Lynda Nelson Gardner and Jones, Lang, Klein, Wolf & Smith, Portland.

John W. Burgess, Assistant Attorney General, Salem, argued the cause for respondent. With him on the briefs were James A. Redden, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Richardson and Johnson, Judges.

PER CURIAM.

Affirmed. *Byrne Trucking, Inc. v. Emp. Div.,* 32 Or App 229, 574 P2d 664 (1978).